# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No. 0:18-cv-01776 |
| QUALITY SUPPLY CHAIN CO-OP, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGRI STATS, *et al.*, <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY QUALITY SUPPLY CHAIN CO-OP, INC. AGAINST JBS USA FOOD COMPANY** <br><br> Case No. 0:22-cv-01840-JRT-JFD |

Pursuant to the Stipulation of Dismissal with Prejudice of Claims by Quality Supply Chain Co-op, Inc. Against JBS USA Food Company, filed by Quality Supply Chain Co-op, Inc. ("Plaintiff") and JBS USA Food Company ("Defendant"), [ECF No. 3097], the Stipulation is approved, and **IT IS HEREBY ORDERED THAT**:

1. This Order relates only to Plaintiff's claims in *In re: Pork Antitrust Litigation*, Case No. 0:18-cv-01776-JRT-JFD ("MDL 1776"); and *Quality Supply Chain Co-op, Inc. v. Agri Stats, et al.*, Case No. 0:22-cv-0184-JRT-JFD (collectively referred to as "Actions").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant in the Actions are hereby **DISMISSED WITH PREJUDICE**, with each side bearing its own attorneys' fees and costs.

1. This Order does not apply to and has no bearing on any other plaintiff or defendant in the above-referenced Actions, including any of the other parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776.

Dated: July 23, 2025 at            s/John R. Tunheim
Minneapolis, Minnesota             JOHN R. TUNHEIM
                                         United States District Judge